NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

**v.**

**UNILOC 2017 LLC,**
*Appellee*

---

2019-1636

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01993.

---

## JUDGMENT

---

MICHAEL T. PIEJA, Goldman Ismail Tomaselli Brennan & Baum LLP, Chicago, IL, argued for appellant. Also represented by ALAN ERNST LITTMANN, DOUG J. WINNARD.

BRIAN MATTHEW KOIDE, Etheridge Law Group, Southlake, TX, argued for appellee. Also represented by JAMES ETHERIDGE, RYAN S. LOVELESS, BRETT MANGRUM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 9, 2020                  /s/ Peter R. Marksteiner
      Date                      Peter R. Marksteiner
                                Clerk of Court